FILED'07 FEB 01 15:38USDC-ORP

SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| CHERYL L. FORBES, | Civil No. 05-1686-HA |
|---|---|
| Plaintiff, | ORDER FOR ATTORNEY FEES – EAJA |
| vs. | |
| LINDA S. McMAHON, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,258.21 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of $250.00 under 28 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

DATED this __1__ day of ~~January~~ Feb, 2007.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1