SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHERYL L. FORBES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Civil No. 05-1686-HA<br><br>ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) |

Reasonable attorney fees in the amount of $8,481.21 are hereby awarded to Plaintiff's attorney, Sara L. Gabin, under 42 U.S.C. § 406(b), these fees to be offset by $3,258.21 awarded previously to Ms. Gabin under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount $3,258.21 previously awarded under the EAJA, and to send to Ms. Gabin the balance of $5,300.00, minus the applicable user fee. Any withheld benefits then remaining should be released to plaintiff as soon as possible.

DATED this 7 day of February, 2008.

_____
JUDGE/~~MAGISTRATE~~

Submitted by:
SARA L. GABIN, OSB #81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) - 1